Charles W. BUCKLEY v. John THERIOT.

No. 1363.

Court of Appeal of Louisiana. First Circuit.

Oct. 3, 1934.

C. A. Blanchárd, of Morgan City, for appellant.

Ellender & Ellender, of Houma, for appellee.

ELLIOTT, Judge.

In this case, for the reasons assigned in the consolidated cases, entitled Charles W. Buckley v. Jean Pierre Dumond and Charles W. Buckley v. John Theriot, 156 So. 784, Nos. 10525 and 10528 on the docket of the district court, parish of Terrebonne, this day decided, the judgment rendered in the case of Charles W. Buckley v. John Theriot, No. 10528 on the docket of said court, is affirmed. The defendant, Theriot, to pay the costs in both courts.